468 A.2d 827

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal
Denied Aug. 27, 1984.

Submitted February 1, 1983. James A. Peruto, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Albert F. Sabo is affirmed.